

FILED

07/08/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0271

# IN THE SUPREME COURT OF THE STATE OF MONTANA

## DA 24-0271

_____

BRAD RAE RICHARDSON,

    Petitioner and Appellant,

v.

STATE OF MONTANA,

    Respondent and Appellee.

O R D E R

_____

Upon consideration of Appellant's motion to voluntarily dismiss his appeal and good cause appearing,

IT IS HEREBY ORDERED that Appellant's appeal in the above matter is DISMISSED with prejudice.

The Clerk is directed to provide a copy of this Order to Brad Rae Richardson and all counsel of record.

DATED this _8_ day of July, 2024.

For the Court,

_____
Chief Justice

FILED

JUL 0 8 2024

Bowen Greenwood
Clerk of Supreme Court
State of Montana